United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| TRI T. TRAN, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | 3:25-cv-377 |
| § | |
| STRATEGIC DENTAL § | |
| EXECUTIVES, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 20, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a memorandum and recommendation on December 19, 2025, *sua sponte* recommending that the case be remanded to the 56th District Court of Galveston County, Texas. Dkt. 12 at 6.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 12, is approved and adopted in its entirety as the holding of the court; and

(2) This case is remanded to the 56th District Court of Galveston County, Texas.

SIGNED on Galveston Island this 13th day of January 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE